NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3170

SCOT R. WINLOCK, SR.,

Petiitoner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Petition for review of the Merit Systems Protection Board in
DA0752080261-I-1.

ON MOTION

Before PROST, <u>Circuit Judge</u>.

## O R D E R

Scot R. Winlock, Sr. moves for a 30-day extension of time, until September 9, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 1 4 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Morris E. Fischer, Esq.
Hillary A. Stern, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 4 2009

JAN HORBALY
CLERK